**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| DIANE B. SOLLOD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No.  1:17cv1011 |
| | : |
| THE HOME DEPOT U.S.A. INC., | : |
| | : |
| Defendant. | : |

**ORDER**

COMES BEFORE the Court, Defendant Home Depot U.S.A. Inc.'s Motion for Summary Judgment, and any oppositions, replies, and argument on the merits, it is

ADJUDGED ORDERED AND DECREED that Defendant Home Depot U.S.A. Inc.'s Motion for Summary is hereby GRANTED and Defendant Home Depot, U.S.A. Inc. is DISMISSED WITH PREJUDICE from this lawsuit.

This _____ day of _____, 2018.

_____
T.S., Ellis, III., Senior Judge
United States District Court, Eastern District of Virginia