**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| DIANE B. SOLLOD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  1:17cv1011 |
| | : | |
| THE HOME DEPOT U.S.A. INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, February 23, 2018 at 10:00 a.m. or as soon thereafter as defense counsel may be heard, counsel for the defendant Home Depot U.S.A. Inc., will move this honorable Court to rule on the enclosed Motion for Summary Judgement.

_____/s/_____
Brian A. Cafritz, VSB# 34366
Jessica G. Relyea, VSB# 76775
Chris Bergin, VSB# 87315
KALBAUGH, PFUND & MESSERSMITH, P.C.
*Counsel for Home Depot U.S.A. Inc.*
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Jessica.Relyea@kpmlaw.com
Chris.Bergin@kpmlaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing was electronically filed using the Court's CM/ECF system this 26th day of January, 2017, which automatically sent notice to:

Jonathan B. Breeding, Esq.
CHASENBOSCOLO INJURY LAWYERS
6402 Arlington Blvd., Suite 600
Falls Church, VA 22042
*Counsel for Plaintiff*

                                                   _____/s/_____
                                            Brian A. Cafritz, VSB# 34366
                                            Jessica G. Relyea, VSB# 76775
                                            Chris Bergin, VSB#87315
                                            *Counsel for Home Depot U.S.A. Inc.*
                                            KALBAUGH, PFUND & MESSERSMITH, P.C.
                                            901 Moorefield Park Drive, Suite 200
                                            Richmond, Virginia 23236
                                            (804) 320-6300 / (804) 320-6312 (fax)
                                            Brian.Cafritz@kpmlaw.com
                                            Jessica.Relyea@kpmlaw.com
                                            Chris.Bergin@kpmlaw.com